Lewis HOWARD

v.

Sam HERROD.

Court of Appeals of Kentucky.

May 6, 1960.

Lewis & Weaver, London, Logan E. Patterson, Pineville, for appellant.

Luker & Luker, London, Edwin R. Denney, Lexington, for appellee.

PER CURIAM.

This is a motion for appeal by Lewis Howard from a judgment of the Laurel Circuit Court wherein it was adjudged that appellee have and recover of appellant the sum of $1500 as damages in an action for malicious prosecution.

A consideration of the record has failed to disclose any error prejudicial to appellant's substantial rights.

The motion is overruled and the judgment is affirmed.

BIRD, J., not sitting.